plea his co-defendant was entitled to have his death sentence commuted to life. They have advised this Court they have recommended that the Governor sign that commutation. However, the Governor has not in fact commuted. If he does not—this application should be renewed.

258 So.2d 551

**STATE of Louisiana ex rel. Ronald G. WIKBERG**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52206.

March 15, 1972.

In re: Ronald G. Wikberg applying for remedial writs and habeas corpus.

Application refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., concurring. See concurrence in companion writ State ex rel. Wikberg v. Henderson, 260 La. 1198, 258 So.2d 550.